JANUARY 22, 1979

No. 78–339. WILCOX, SHERIFF *v.* STRUVE. Appeal from Sup. Ct. Idaho dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–5814. WAYLAND *v.* ESSEX COUNTY BANK & TRUST CO. ET AL. Appeal from C. A. 1st Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 78–866. VORNADO, INC., ET AL. *v.* DEGNAN, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Appeal from Sup. Ct. N. J. dismissed for want of substantial federal question.

No. 78–5606. HARDY *v.* MISSOURI. Ct. App. Mo., Kansas City Dist. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Duren* v. *Missouri, ante,* p. 357, and *Harlin* v. *Missouri, ante,* p. 459.

No. A–642 (78–961). GAMBINO *v.* LOUISIANA. Sup. Ct. La. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant the application.

No. 27, Orig. OHIO *v.* KENTUCKY. Report of Special Master received and ordered filed. Exceptions, if any, with supporting briefs, to report may be filed by the parties within 45 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier orders herein, see, *e. g.,* 410 U. S. 641.]